DOH: 5-28-22

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>Daniel Lawrence CHILDRESS,<br><br>　　　　　　　　Defendant. | Case No.: 22MJ8368<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 21 U.S.C. § 841(a)(1)<br>Possession of a Controlled Substance with Intent to Distribute (Felony) |

The undersigned complainant being duly sworn states:

On or about May 28, 2022, within the Southern District of California, defendant, Daniel Lawrence CHILDRESS, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of N-phenyl-N- [1-(2-phenylethyl)-4-piperidinyl] propenamide (Fentanyl), a Schedule II Controlled Substance in violation of Title 21, United States Code, Section 841(a)(1).

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

*[signature]*
Task Force Officer James Maiga
Drug Enforcement Administration

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 31st day of May, 2022.

*[signature]*
HON. MITCHELL D. DEMBIN
U. S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Daniel Lawrence CHILDRESS

**PROBABLE CAUSE STATEMENT**

I declare under penalty and perjury that the following statement is true and correct. This statement is based on the reports, documents, and notes furnished to Drug Enforcement Administration Task Force Officer (TFO) James Maiga.

May 28, 2022, at approximately 1:55 p.m., a grey Acura ILX stopped at the primary inspection area of a fully functional United States Border Patrol (USBP) Checkpoint located on State Route 86, near Westmorland, California. During the immigration inspection conducted by the primary Border Patrol agent, a USBP canine team conducted a canine sniff of the exterior of the vehicle. The canine alerted to the presence of the odor of concealed humans or the presence of the odors of marijuana, heroin, methamphetamine, cocaine, ecstasy and their derivatives. The Acura ILX (vehicle) was referred to the secondary inspection area for further investigation.

In the secondary inspection area, the Border Patrol agent canine handler informed the driver of the vehicle, identified as Daniel Lawrence CHILDRESS, that his canine partner had alerted to CHILDRESS' vehicle. The canine handler requested consent to conduct a canine sniff and physical search of CHILDRESS' vehicle and CHILDRESS granted consent. During a canine sniff, the canine again alerted to the interior of the vehicle and subsequently the Border Patrol agent conducted a physical search. During the search, the Border Patrol agent found a red back pack behind the rear seats under a pile of clothes.

The agent searched the back pack and found twelve (12) bundles wrapped in electrical tape and sandwich bag containing blue pills marked as "M30." The black electrical tape was removed from the 12 bundles and each contained blue pills marked as "M30." A field test using a narcotic identification kit was conducted on one of the blue pills and the test resulted positive for the presence of fentanyl. The gross packaged weight of the pills was determined to be 747.700 grams.

JAMES MAIGA (Affiliate)
Digitally signed by JAMES MAIGA (Affiliate)
Date: 2022.05.29 08:39:43 -07'

_James W. Maiga_
James Maiga, Task Force Officer
Drug Enforcement Administration

On the basis of the facts presented in this probable cause statement consisting of four pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on May 28, 2022, in violation of Title 21, United States Code, Section 841(a)(1).

HON. Karen S. Crawford
UNITED STATES MAGISTRATE JUDGE

9:58 AM, May 29, 2022
DATE/TIME

4